No. 09–11394.  MENNER *v.* UNITED STATES, *ante,* p. 878;

No. 09–11522.  INTROCASO *v.* MEEHAN ET AL., *ante,* p. 885;

No. 09–11529.  ORTIZ *v.* BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 886;

No. 09–11546.  IN RE MITCHELL, AKA ALLAH, *ante,* p. 825;

No. 10–144.  SCHNELLER *v.* ABLE HOME CARE, INC., ET AL., *ante,* p. 895;

No. 10–190. ˙ TORAIN *v.* AT&T MANAGEMENT SERVICES, LP, ET AL., *ante,* p. 962;

No. 10–5005.  COYLE *v.* AQUILA, INC., *ante,* p. 898;

No. 10–5338.  HEFLEY *v.* DELAWARE, *ante,* p. 916;

No. 10–5377.  WILLARD *v.* NEW YORK, *ante,* p. 918;

No. 10–5386.  REYNOLDS *v.* UNITED STATES, *ante,* p. 918;

No. 10–5427.  LEE *v.* ISHEE ET AL., *ante,* p. 921;

No. 10–5484.  WHITE *v.* GUZMAN ET AL., *ante,* p. 924;

No. 10–5513.  DRUMMOND *v.* RYAN, WARDEN, ET AL., *ante,* p. 926;

No. 10–5545.  CABRERA *v.* UNITED STATES, *ante,* p. 928;

No. 10–5622.  RAUSER *v.* UNITED STATES, *ante,* p. 932;

No. 10–5678.  SINGH *v.* HEATH, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY, *ante,* p. 965;

No. 10–5749.  RICHARD *v.* ROCK, SUPERINTENDENT, UPSTATE CORRECTIONAL FACILITY, *ante,* p. 966;

No. 10–5759.  KANTAMANTO *v.* NORTH, *ante,* p. 966;

No. 10–5826.  VENEGAS *v.* TEXAS, *ante,* p. 968;

No. 10–6063.  PRATHER *v.* LEE, CHIEF JUDGE, SUPERIOR COURT OF GEORGIA, COWETA COUNTY, *ante,* p. 1008;

No. 10–6073.  VILLANUEVA-MORAN *v.* HOLDER, ATTORNEY GENERAL, *ante,* p. 970;

No. 10–6094.  DINGLE *v.* STEVENSON, WARDEN, *ante,* p. 1009;

No. 10–6188.  PREPETIT *v.* VIRGINIA, *ante,* p. 1011;

No. 10–6189.  PREPETIT *v.* VIRGINIA, *ante,* p. 1011;

No. 10–6543.  FOREMAN ET AL. *v.* LOUISIANA ET AL., *ante,* p. 1015; and

No. 10–6729.  COHEN *v.* UNITED STATES, *ante,* p. 1019.  Petitions for rehearing denied.

No. 10–127.  BAHRAMI *v.* KETABCHI, *ante,* p. 952.  Petition for rehearing denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.